THE COLLEGE OF MECCA OF CHIROPRACTIC, A CORPO-
RATION, PROSECUTOR-APPELLANT, v. STATE BOARD
OF MEDICAL EXAMINERS OF THE STATE OF NEW
JERSEY, DEFENDANT-RESPONDENT.

Argued May 15, 1934—Decided September 27, 1934.

For the appellant, *J. Raymond Tiffany.*

For the respondent, *David T. Wilentz,* attorney-general, and *Robert Peacock,* assistant attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For reversal*—None.